# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES SHAYLER, an individual,<br><br>              Plaintiff,<br><br>       v.<br><br>MARCO ARROYO, an individual; PETER JOE and KIMBERLEY WU, individually and as trustee of the JOE FAMILY LIVING TRUST DATED NOVEMBER 13, 2015; and DOES 1-10, inclusive,<br><br>              Defendants. | Case No.: 2:21-cv-02394-AB-AGR<br><br>**[PROPOSED]** **ORDER DISMISSAL WITH PREJUDICE** |

The Court having reviewed the parties' Joint Stipulation for Dismissal of the Entire Action with Prejudice, **IT IS HEREBY ORDERED** that the above-entitled action in its entirety is **DISMISSED WITH PREJUDICE**. Each party shall bear their own costs and attorneys' fees. **IT IS SO ORDERED.**

Dated: July 29, 2022

_____
HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

1